**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DANIEL MEDELLIN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOHN DOE PLACEMENT OFFICER, JOHN DOE CORRECTIONAL OFFICER, and JEFFREY WEHKING (official capacity only),**<br><br>**Defendants.** | **Case No. 26-cv-777-NJR** |

# INITIAL SCHEDULING AND DISCOVERY ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court *sua sponte* for case management purposes. Specifically, this Order reviews Plaintiff's filing fee status and sets forth discovery guidelines as to unidentified defendants.

**Filing Fee**

Plaintiff was assessed an initial partial filing fee of $21.90. (Doc. 5). The Court notes that Plaintiff paid the initial partial filing fee in full.

**Discovery as to Unidentified Defendants**

Plaintiff was allowed to proceed against John Doe Placement Officer and John Doe Correctional Officer. (Doc. 8). Warden Jeffrey Wehking was added as a defendant in his official capacity for the purpose of assisting with the identification of the John Doe Defendants (Doc. 8, p. 6).

Limited discovery for the purpose of identifying the John Doe Defendants will be

permitted according to the following schedule.

1. Plaintiff shall have until **December 4, 2026,** to file a Notice with the Court, and provide to the Warden's attorney, any information he possesses which will help identify the John Doe Defendants, such as: physical descriptions, gender, rank, partial names/nicknames, specific job assignments, shift times, and locations and dates where Plaintiff interacted with the John Does.

2. The Warden shall have until **December 18, 2026,** to file a Notice with the Court, and provide to Plaintiff, the identity of the John Does. Or, if the Warden is unable to identify the John Does, the Warden shall provide to Plaintiff any document or information which may assist in the identification of the John Does.[1]

3. Plaintiff shall have until **January 8, 2027, to file a motion to substitute** specific Defendants for the John Does or, if the John Does remain unidentified, to file a motion specifying additional steps that can be taken to identify the John Does.

**Plaintiff is WARNED that his failure to comply with this Order and to identify the John Does will result in the dismissal of the John Doe Defendants and the case as**

[1] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with the chaplain; shakedown slips; and copies of relevant medical records, provided plaintiff has executed the required release form.

**a whole for failure to prosecute.** Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

**DATED: November 9, 2026**

**NANCY J. ROSENSTENGEL**
**United States District Judge**